# United States District Court
## Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 1:05-cr-83-01 |
| v. | USM No. 10147-040 |
| Robert Roberson | Jeffrey J. O'Hara<br>Defendant's Attorney |

Date of Previous Judgment:   January 19, 2006
(Use Date of Last Amended Judgment if Applicable)

### ORDER ADJUDICATING MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant under 18 U.S.C. §3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and the Court having considered such motion,

**IT IS HEREBY ORDERED** that the motion is:

[X]   DENIED.
☐   GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ months.

**IT IS FURTHER ORDERED THAT:**

**I.   COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____      Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ___ to ___ months   Amended Guideline Range: ___ to ___ months

**II.   SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐   The reduced sentence is within the amended guideline range.
☐   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[X]   Other (explain):

See Memorandum Opinion filed contemporaneously with this Order.

All provisions of the judgment dated   January 19, 2006   shall remain in effect.

**IT IS SO ORDERED.**

Date:   April 6, 2010                                          /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District Judge